# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY WALL,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 14cv1211-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 26] |

On December 12, 2018, Plaintiff Ray Wall and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 26 at 1.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.  Each party must bear its own attorneys' fees and costs.  The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

Dated:  December 12, 2018

Hon. Michael M. Anello
United States District Judge